BEFORE THE SECOND DIVISION, APRIL 28, 1943

**No. 48238.**—Protests 43944–K (B), etc., of J. Elishewitz & Sons Co., Inc., et al. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel the protests were sustained as to hemp hats the same as those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and hemp knotted straw hats similar to those involved in Abstract 46497.

**No. 48239.**—Protest 942017–G of Millinery Clearing House, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain of the items consist of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and other items consist of hats of ramie and cellophane (racello) similar to those involved in Abstract 47291 the protest was sustained as to those items.

**No. 48240.**—Protests 934890–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 47291, which record was admitted in evidence in this case, the hats in question were held dutiable as claimed.

**No. 48241.**—Protests 944811–G, etc., of Millinery Clearing House, Inc. (New York).

Opinion by TILSON, J.   It was stipulated that the manila hemp hats in question are similar in all material respects to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218).   In accordance therewith the protests were sustained as to that item.

**No. 48242.**—Protests 614321–G, etc., of J. Elishewitz & Sons Co., Inc. (New York).

Opinion by TILSON, J.   It was stipulated that certain items consist of hats known as harvest hats, similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was admitted in evidence herein.   In accordance therewith the protests were sustained as to that item.